**Opinion issued March 4, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-24-00815-CV**

————————————

**ANIL VERMA, Appellant**

**V.**

**ARVIND VERMA, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 23-DCV-309657**

---

**MEMORANDUM OPINION**

Appellant, Anil Verma, filed a notice of appeal from the trial court's order signed on October 4, 2024. On January 2, 2025, appellant filed a motion to dismiss his appeal, requesting that his appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).  Appellant's motion includes a certificate of conference stating that he conferred with appellee, Arvind Verma, who did not oppose the relief requested in the motion.  *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, the Court grants appellant's motion and dismisses his appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.